IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | The Honorable Liam O'Grady |
| ) | |
| KIM DOTCOM, et al., ) | |
| ) | Criminal No. 1:12-CR-3 |
| Defendants ) | |

**MOTION OF SIDLEY AUSTIN LLP AND THE ROTHKEN FIRM
FOR LEAVE TO ENTER LIMITED APPEARANCE ON BEHALF OF
<u>MEGAUPLOAD LIMITED AND KIM DOTCOM</u>**

Non-parties Sidley Austin LLP and the Rothken Firm, on their own behalf, respectfully move this Court for leave (1) to enter limited appearances on behalf of Defendants Megaupload Limited and Kim Dotcom for purposes of (a) filing a motion under *United States v. Farmer*, 274 F.3d 800 (4th Cir. 2001), and (b) seeking to preserve evidence critical to the defense of this case, including by filing a response to the motion for a protective order filed by Carpathia Hosting, Inc., and (2) to withdraw their limited appearances at their option after the Court's resolution of the *Farmer* motion.

The grounds supporting this Motion are stated with particularity in the concurrently filed Memorandum in Support of the Motion of Sidley Austin LLP and the Rothken Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom.

- 2 -

A proposed order is attached.

                        Respectfully submitted,

                        */s/ Griffith L. Green*_____
                        Thomas C. Green
                        Griffith L. Green (VSB # 38936)
                        Edward R. McNicholas
                        SIDLEY AUSTIN LLP
                        1501 K Street N.W.
                        Washington, D.C.  20005
                        (202) 736-8000
                        (202) 736-8711 (fax)
                        tcgreen@sidley.com
                        ggreen@sidley.com

                        Ira P. Rothken
                        THE ROTHKEN FIRM
                        3 Hamilton Landing
                        Suite 280
                        Novato, CA 94949
                        (415) 924-4250
                        (415) 924-2905 (fax)
                        ira@techfirm.net

                        *Counsel for Sidley Austin LLP and the Rothken Firm*

Dated:  March 30, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, the foregoing Motion of Sidley Austin LLP and the Rothken Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom was filed and served electronically by the Court's CM/ECF system upon all registered users, and by first-class mail, postage prepaid, upon the following:

>Jay V. Prahbu
>Robert W. Wiechering
>United States Attorney's Office
>Eastern District of Virginia
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

>*/s/ Griffith L. Green*
>Griffith L. Green (VSB # 38936)