AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-cr-3 (LO) |
| KIM DOTCOM et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA

Date:   06/13/2012

_____
*Attorney's signature*

Ryan K. Dickey (VA 74828, DC 982536)
*Printed name and bar number*

2100 Jamieson Avenue
Justin W. Wiliams U.S. Attorney's Office
Alexandria, Virginia 22314-5794

*Address*

Ryan.Dickey@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3981
*FAX number*