AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12 CR 3 |
| Kim Dotcom el al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States

Date: 06/19/2012

/s/
*Attorney's signature*

Andrew Peterson
*Printed name and bar number*

2100 Jamieson Ave
Alexandria, VA 22314

*Address*

andy.peterson@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3982
*FAX number*