# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| USA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cr-00003-LO |
| Dotcom et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Demand Progress .

Date: 06/27/2012

/s/ Christopher A. Cotropia
*Attorney's signature*

Christopher A. Cotropia (Virginia Bar No. 81726)
*Printed name and bar number*
University of Richmond School of Law
28 Westhampton Way
Richmond, VA 23173

*Address*

ccotropi@richmond.edu
*E-mail address*

(804) 484-1574
*Telephone number*

(804) 289-8683
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to all registered users, including:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Tele: (703) 299-3700

Craig C. Reilly, Esq.
111 Oronoco Street
Alexandria, VA 22314
Tele: (703) 549-5354

Paul F. Brinkman, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
1299 Pennsylvania Avenue, NW, Suite 825
Washington, DC 20004
Tele: (202) 538-8000

John S. Davis, V, Esq.
Williams Mullen
200 South 10th Street, 16th Floor
Richmond, VA 23219
Tele: (804) 420-6296

Christopher L. Harlow, Esq.
SNR Denton US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC 20005
Tele: (202) 408-6816

Ira P. Rothken, Esq.
The Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
Tele: (415) 924-4250

Julie Moore Carpenter, Esq.
Jenner & Block LLP
1099 New York Ave, NW, Suite 900
Washington, DC 20001-4412
Tele: (202) 639-6000

Griffith Lowell Green
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tele: (202) 736-8000


Dated: June 27, 2012         By:   /s/ Christopher A. Cotropia
                             Christopher A. Cotropia
                             Virginia Bar No. 81726
                             *Attorney for Interested Non-Party Demand Progress*
                             University of Richmond School of Law
                             28 Westhampton Way
                             Richmond, VA  23173
                             Phone:  804-484-1574
                             Fax: 804-289-8683
                             ccotropi@richmond.edu