AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12CR3 |
| Kim Dotcom, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/16/2012

/s/ Alexander T.H. Nguyen
*Attorney's signature*

Alexander T.H. Nguyen (DC Bar 499678)
*Printed name and bar number*

United States Attorney's Office
for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

alexander.nguyen@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*