IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:12CR3 |
| v. | ) | |
| KIM DOTCOM, *et al.*, | ) | |
| Defendants. | ) | |

## **CONSENT MOTION FOR EXTENSION OF TIME**

The United States of America, by and through its undersigned attorneys, hereby moves the Court to extend the deadline for the filing of the briefs requested in the Court's October 2, 2012 Order by fourteen days, to October 30, 2012. In support of the motion the United States declares as follows:

1. On October 2, 2012, this Court issued an Order directing the government and Kyle Goodwin to file briefs regarding the scope and format of a hearing that would address the applicability of Federal Rule of Criminal Procedure 41 to Mr. Goodwin. The Court gave the parties fourteen days to file their papers.

2. Due to the complexity of the issues surrounding this litigation, as well as scheduling conflicts with government counsel, the government hereby moves for an additional fourteen days for the parties to respond to the Court's October 2, 2012 Order.

3. The government contacted counsel for Mr. Goodwin regarding this motion, and opposing counsel consents to the extension of the deadline. A proposed order is attached to this motion.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: \_\_\_\_\_/s/_____
Andrew Peterson
Jay V. Prabhu
Lindsay A. Kelly
Ryan K. Dickey
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to:

Christopher L. Harlow, Esq.
SNR Denton US LLP
*Counsel for Carpathia Hosting, Inc.*
1301 K Street NW, Suite 600, East Tower
Washington, DC 20005
Tele: (202) 408-6816
christopher.harlow@snrdenton.com

John S. Davis, Esq.
Williams Mullen
*Counsel for Kyle Goodwin*
200 South 10th Street, 16th Floor
Richmond, VA 23219
Tele: (804) 420-6296
jsdavis@williamsmullen.com

Julie Moore Carpenter, Esq.
Jenner & Block LLP
*Counsel for Motion Picture Association of America*
1099 New York Ave, NW, Suite 900
Washington, DC 20001-4412
Tele: (202) 639-6000
jcarpenter@jenner.com

Ira P. Rothken, Esq.
The Rothken Law Firm
*Counsel for The Rothken Law Firm*
3 Hamilton Landing, Suite 280
Novato, CA 94949
Tele: (415) 924-4250
ira@techfirm.net

William A. Burck, Esq.
Paul F. Brinkman, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
*Counsel for Quinn Emanuel Urquhart & Sullivan LLP*
1299 Pennsylvania Avenue NW, Suite 825
Washington, DC 20004
Tele: (202) 538-8000
williamburck@quinnemanuel.com
paulbrinkman@quinnemanuel.com

/s/
Andrew Peterson
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tele: 703-299-3700
Fax: 703-299-3981