IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:12CR3 |
| | ) | |
| v. | ) | |
| | ) | |
| KIM DOTCOM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

On October 2, 2012, this Court Ordered that Kyle Goodwin and the government submit briefs discussing the suggested format and breadth of a hearing limited to the applicability of Federal Rule of Criminal Procedure 41(g) to Mr. Goodwin's Motion for Return of Property (Dkt. No. 90). Those briefs were due fourteen days from the date of the Order.

Based on the consent motion of the government, the Court hereby extends the deadline for the filing of those briefs by fourteen days, to October 30, 2012.

October __, 2012
Alexandria, VA

_____
Liam O'Grady
United States District Judge