IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | The Honorable Liam O'Grady |
| Plaintiff, ) | |
| ) | Case No. 1:12-cr-00003-LO |
| v. ) | |
| ) | |
| KIM DOTCOM, *et al*. ) | |
| ) | |
| Defendants. ) | |

**<u>MOTION OF KYLE GOODWIN FOR LEAVE TO FILE BRIEF IN RESPONSE TO SUPPLEMENTAL BRIEF OF SPECIALLY APPEARING DEFENDANT AND INTERESTED PARTY MEGAUPLOAD LIMITED REGARDING RULE 41(G) HEARING</u>**

Kyle Goodwin has moved this Court for return of his property under Rule 41(g) of the Federal Rules of Criminal Procedure. Dkt. No. 90. The Court has requested briefing on the "suggested format and breadth" of a hearing held under that rule; Mr. Goodwin and the government have since provided their input. Dkt. Nos. 135, 136. As part of his proposal, Mr. Goodwin recommended that this Court hear testimony from himself, from the government, and from limited third-party witnesses, such as a representative of Carpathia Hosting, Inc., the company that owns the servers leased by Megaupload (and on which Mr. Goodwin's property is presumably stored). Dkt. No. 135 at 5-6.

In addition to briefing the contours of a potential Rule 41(g) hearing, Mr. Goodwin moved to unseal certain search warrants related to the searches and seizures that took place in January 2012. Dkt. No. 131. In response, six warrants have been unsealed. Dkt. No. 143.

1

In the midst of these motions, Megaupload filed a brief of its own, drawing Mr. Goodwin's attention to another search warrant, this one from June 2010. Megaupload alleges that it cooperated with the government pursuant to that 2010 warrant and that its cooperation directly led to the allegations that formed the indictment—and affidavits in support of the search warrants—in this action. Dkt. Nos. 156; 153-2 at 7.

This information was previously unknown to Mr. Goodwin. Megaupload's allegations, if true, directly impact Mr. Goodwin's efforts to get his property back. Accordingly, Mr. Goodwin respectfully seeks leave to file the accompanying brief in support of Megaupload's request to participate in any hearing that occurs under Fed. R. Crim. P. 41(g).


Dated: January 29, 2013              Respectfully submitted,

                                     /s/ John S. Davis
                                     John S. Davis
                                     WILLIAMS MULLEN
                                     200 So. 10th St.
                                     Richmond, VA 23218
                                     Telephone: (804) 420-6296
                                     Facsimile: (804) 420-6507
                                     Email: jsdavis@williamsmullen.com

                                     Julie P. Samuels
                                     Corynne McSherry
                                     ELECTRONIC FRONTIER FOUNDATION
                                     454 Shotwell Street
                                     San Francisco, CA 94110
                                     Telephone: (415) 436-9333
                                     Facsimile: (415) 436-9993
                                     Email: julie@eff.org

                                     Abraham D. Sofaer
                                     THE HOOVER INSTITUTION
                                     Stanford University
                                     434 Galvez Mall

2

Stanford, CA 94305-6010
Telephone: (650) 723-1754
Email: asofaer@stanford.edu

*Attorneys for Interested Party Kyle Goodwin*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Christopher Harlow
Thomas Millar
SNR DENTON
1301 K St. NW, Suite 600 East Tower
Washington, D.C. 20005

*Counsel to Carpathia Hosting, Inc.*

Ira Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

*Counsel to Megaupload Limited*

Ed McNicholas
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel to Megaupload Limited*

Stephen Fabrizio
JENNER & BLOCK
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

*Counsel to Motion Picture Association of America*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2013

           /s/           
John S. Davis