| Reset Form | Print Form |
|---|---|

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-CR-3 . Case Name USA v. Kim Dotcom et al.

Party Represented by Applicant: Paramount Pictures Corporation et al.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Kenneth LeWinn Doroshow

Bar Identification Number 2470805          State New York

Firm Name Jenner & Block LLP

Firm Phone # 202-639-6000          Direct Dial # 202-639-6027          FAX # 202-661-4855

E-Mail Address kdoroshow@jenner.com

Office Mailing Address 1099 New York Ave., NW, Suite 900, Washington DC 20001

Name(s) of federal court(s) in which I have been admitted USDC Southern District of New York and District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          09/16/2015
(Signature)                                           (Date)
Julia M. Carpenter                              30421
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____          9/16/15
(Judge's Signature)                              (Date)
/s/
Liam O'Grady
United States District Judge