IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | The Honorable Liam O'Grady |
| KIM DOTCOM, *et al.*, | ) ) ) | 12 CR 3 |
| Defendants. | ) | |

ORDER

This matter is before the Court on the consent motion of non-party QTS Realty Trust, Inc. to continue the hearing on its pending motion for a protective order (ECF No. 217) from October 2, 2015, as previously noticed (ECF No. 219), to October 23, 2015 at 9:00 a.m. Upon consideration thereof, and all parties interested in the motion having consented thereto, it is hereby

ORDERED that the hearing on this motion (ECF No. 217) is hereby CONTINUED to October 23, 2015 at 9:00 a.m.

Dated: September 29 2015

_____
Judge Liam O'Grady
United States District Court Judge